IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| O.P. HOLLIS, # 075404, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv813-T |
| | ) (WO) |
| JUDGE U.G. REASE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 31, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows:

1. That the § 1983 claims presented against U.G. Rease, Ellen Brooks, Jim Porter, Aimee C. Smith, Dr. Renfro and Paul Whaley be and are hereby DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii);

2. That the plaintiff's work release and conspiracy claims be and are hereby DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii);

3. That the plaintiff's challenge to the constitutionality of the conviction and

sentence imposed upon him by the Circuit Court of Montgomery County, Alabama for first degree theft of property on September 26, 2001, be and are hereby DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii); and.

4.   That this case be and is hereby DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

Done this the 26th day of September 2005.

                                                   /s/ Myron H. Thompson  
                                                UNITED STATES DISTRICT JUDGE